UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                             Chapter 11

HOYT TRANSPORTATION CORP.,                         Case No.  13-44299-NHL

                                    Debtor.
-----------------------------------------------------------x

## ORDER SHORTENING NOTICE OF HEARING TO CONSIDER DEBTOR'S MOTION FOR APPROVAL OF THREE PRIVATE SALES OF SCHOOL BUSES TO INDEPENDENT THIRD PARTIES, AND APPROVING THE FORM OF NOTICE OF SAME

Upon the Declaration of Chris Termini in support of the motion (the "Scheduling Motion") of Hoyt Transportation Corp., the Debtor herein, for an Order scheduling a hearing on shortened notice (ECF #12) to consider the Debtor's motion (the "Sale Motion") for approval of three private sales of school buses to independent third parties (ECF #11); and no prior notice being required; and sufficient cause appearing therefor; it is

ORDERED, that Scheduling Motion is hereby granted to the extent herein, and a hearing (the "Sale Hearing") to consider the Sale Motion shall be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of New York, Courtroom 2529, located at 271-C Cadman Plaza East, Brooklyn, NY 11201 on August 7, 2013 at 3:30 p.m.; and it is further

ORDERED, that the form of the notice of the Sale Hearing (the "Sale Notice"), annexed as Exhibit "A" to the Scheduling Motion, is hereby approved; and it is further

ORDERED, that the time for giving notice of the hearing on the Sale Motion is hereby shortened pursuant to Bankruptcy Rules 2002(a) and 9006, such that notice of the hearing on the Sale Motion shall be sufficient if (a) a conformed copy of this Order and the Sale Motion, together with all exhibits thereto, are sent by overnight express mail on or before July 26, 2013 to (i) the Office of the United States Trustee, (ii) counsel for Sovereign Bank; (iii) all persons or entities that have filed a Notice of Appearance; and (iv) the Debtor's 20 largest creditors as filed by the Debtor pursuant to Rule 1007(d); and (b) a copy of the Sale Notice only is sent by first-class mail on or before July 26, 2013 to all other creditors set forth on the Schedules the Debtor filed with the Court; and it is further

ORDERED, that objections to the Sale Motion, if any, shall be filed in writing through the Clerk's ECF system, with a copy delivered to the Chambers of Judge Lord, and served upon the Debtor's counsel, Kevin J. Nash, Esq., Goldberg Weprin Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, NY 10036, so as to be received no later than August 5, 2013 at 5:00 p.m.

Dated: July 25, 2013
Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge